# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| MONIQUE BOND and BRIGITTE GINGRAS, | CASE NO. C17-1639-MJP |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CRUISEPORT CURACAO C.V., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Stipulation to Extend Reporting and Disclosure Dates for Medical Expert Witnesses and Other Deadlines (Dkt. No. 23) is hereby GRANTED. In the future, the parties are directed to file any stipulations along with a proposed order, and to submit an electronic version of the proposed order to pechmanorders@wawd.uscourts.gov in accordance with the Western District of Washington's Electronic Filing Procedures, available at *www.wawd.uscourts.gov/sites/wawd/files/ECFFilingProcedures.pdf.*

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed July 18, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
