# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| MONIQUE BOND, | CASE NO. C17-1639-MJP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| CRUISEPORT CURACAO C.V., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of the parties' Stipulated Motion to Continue the Trial Date. (Dkt. No. 26.) The Court hereby GRANTS the request. The trial date is continued to June 3, 2019. A further order setting related dates will follow.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 25, 2018.

          William M. McCool
          Clerk of Court

          s/Paula McNabb
          Deputy Clerk