UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONIQUE BOND and BRIGITTE GINGRAS,<br><br>                    Plaintiff,<br><br>           v.<br><br>HOLLAND AMERICA LINE N.V.,<br><br>                    Defendant. | CASE NO. C17-1639 MJP<br><br>ORDER GRANTING MOTION TO COMPEL |

THIS MATTER comes before the Court on Plaintiffs' Motion to Compel. (Dkt. No. 38.) Having considered the motion, the response (Dkt. No. 47) and all related documents, the Court GRANTS the motion.

On December 21, 2017 Plaintiffs' served their First Requests for Production of Documents, seeking "Any 'Safety Committee' meeting minutes . . . specifically relating to the Lido Deck surfaces, passage ways, pools and spas for the previous year." (Dkt. No. 38 at 2.) Plaintiffs asked a similar question three additional times in their first set of requests, seeking

1   information regarding safety committee investigations in the previous one to two years.  (Id. at

2   3.)  Defendant responded: "There are no responsive documents being withheld based upon

3   Defendants' objections."  (Id.)  Yet in September 2018, while Plaintiffs were conducting a

4   30(b)(6) deposition, the deponent referred to the minutes from a "safety committee meeting

5   that's conducted monthly on the ship."  (Id. at 5.)   Plaintiffs now seek the minutes of those

6   safety committee meetings (the Hess Action Team Meetings) for the *MS Noordam* for NODM

7   Voyage Numbers 322, 329, 356, 368, and 4138.  (Dkt. No. 38.)  Because these meeting minutes

8   are clearly encompassed in Plaintiffs' December 21, 2017 requests, the Court GRANTS

9   Plaintiffs' Motion to Compel.  Defendant is ORDERED to produce the documents by the close

10   of business today.

11

12         The clerk is ordered to provide copies of this order to all counsel.

13         Dated May 29, 2019.

14

15         _____
           Marsha J. Pechman

16         United States District Judge

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION TO COMPEL - 2