UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONIQUE BOND and BRIGITTE GINGRAS,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLAND AMERICA LINE N.V., a foreign corporation,<br><br>Defendant. | CASE NO. C17-1639<br><br>ORDER DENYING DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF DAVID BATEMAN |

THIS MATTER comes before the Court on Defendant's motion to exclude the testimony of Plaintiffs' witnesses David Bateman, Mehul Patel and Dr. Christopher Waclaw Brown. (Dkt. No. 44.) Having considered the motion, Plaintiffs' response (Dkt. No. 52), and all related documents, the Court DENIES in part and DEFERS in part Defendant's motion.

Defendant seeks to exclude the testimony of David Bateman, alleging the testimony was not properly disclosed pursuant to Federal Rule of Civil Procedure 26(a)(2) and his testimony would not be helpful to the jury. (Dkt. No. 44 at 2-5.) But contrary to Defendant's allegation

that Mr. Bateman was not disclosed until April 26, 2019 (Id. at 3), the fact that Plaintiff Bond was working with a personal trainer was disclosed as early as August 22, 2018 (Dkt. No. 52, Ex. 6 at 6), and on March 22, 2019 Plaintiff provided a supplemental interrogatory response with Mr. Bateman's name and address (Id. Ex. 7). Further, Mr. Bateman's testimony about Plaintiff Bond's physical limitations and recovery efforts is relevant to Ms. Bond's claim for future damages. (Id. at 2.)

Additionally, Mr. Bateman's testimony is in line with that of a treater, and pursuant to the Parties' agreement that the perpetuation testimony of treaters would be taken through May, Plaintiffs served notice of Mr. Bateman's testimony and met no objection. (Dkt. No. 52 at 4; Id. Ex. 8.) And while Defendant now complains that Mr. Bateman has not provided a report, this is in accordance with the Parties' July 2018 agreement. (Dkt. No. 23 ¶ 2.)

While Defendant's motion is denied, the Court sustains Defendant's first objection to Mr. Bateman's designated testimony (Dkt. No. 58, Ex. 3 at 16:20-17:11).

The Court DEFERS ruling on Defendant's motion to exclude Mr. Patel and Dr. Brown until the parties have submitted the Pretrial Order and the designated depositions of these witnesses.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 29, 2019.

Marsha J. Pechman
United States District Judge